UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**23-CR-20153-MOORE(s)**
CASE NO.

18 U.S.C. § 1956(h)
18 U.S.C. § 1956(a)(3)(B)
18 U.S.C. § 981(a)(1)(C)
18 U.S.C. § 982(a)(1)
18 U.S.C. § 853

FILED BY KAN D.C.

Jun 14, 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Miami

UNITED STATES OF AMERICA

v.

JESUS JAVIER DIAZ,
YUNIER CARDENAS CALERO,
OTHONIEL GOMEZ, and
CARLOS ALBERTO MORILLA,

Defendants.
_____/

## SUPERSEDING INDICTMENT

The Grand Jury charges that:

### COUNT 1
**Conspiracy to Engage in Money Laundering**
**(18 U.S.C. § 1956(h))**

From at least as early as on or about March 1, 2022, and continuing through on or about May 23, 2023, in Miami-Dade and Broward Counties, in the Southern District of Florida, and elsewhere, the defendants,

JESUS JAVIER DIAZ,
YUNIER CARDENAS CALERO,
OTHONIEL GOMEZ, and
CARLOS ALBERTO MORILLA,

did knowingly and voluntarily combine, conspire, confederate, and agree with each other and other persons known and unknown to the Grand Jury, to commit offenses against the United States, in violation of Title 18, United States Code, Section 1956, that is, to knowingly conduct a financial transaction affecting interstate and foreign commerce involving property, that is, funds and monetary instruments, including United States currency, represented by an individual acting at the direction of, and with the approval of, an authorized Federal official, to be proceeds of a specified unlawful activity, with the intent to conceal and disguise the nature, location, source, ownership, and control of the property believed to be the proceeds of said specified unlawful activity, in violation of Tittle 18, United States Code, Section 1956(a)(3)(B).

All in violation of Title 18, United States Code, Section 1956(h).

It is further alleged that the specified unlawful activity was represented to be importing, distributing, selling and otherwise dealing in a controlled substance, punishable under the laws of the United States and Colombia.

### COUNTS 2-10
### Money Laundering
### (18 U.S.C. § 1956(a)(3)(B))

On or about the dates set forth below as to each count below, in Miami-Dade and Broward Counties, in the Southern District of Florida and elsewhere, the defendants,

**JESUS JAVIER DIAZ and**
**YUNIER CARDENAS CALERO,**

did knowingly conduct a financial transaction affecting interstate and foreign commerce involving property, that is, funds and monetary instruments, including United States currency, represented by an individual acting at the direction of, and with the approval of, an authorized Federal official, to be proceeds of specified unlawful activity, with the intent to conceal and disguise the nature,

location, source, ownership, and control of property believed to be the proceeds of said specified unlawful activity:

| Count | Approximate Date | Description of Financial Transaction |
|---|---|---|
| 2 | May 10, 2022 | Purchase of a cashier's check in the amount of approximately $52,800 drawn on City National Bank account ending in 1803 |
| 3 | June 7, 2022 | Purchase of a cashier's check in the amount of approximately $44,000 drawn on City National Bank account ending in 1803 |
| 4 | June 7, 2022 | Purchase of a cashier's check in the amount of approximately $44,000 drawn on City National Bank account ending in 5630 |
| 5 | June 23, 2022 | Purchase of a cashier's check in the amount of approximately $88,000 drawn on City National Bank account ending in 5630 |
| 6 | July 14, 2022 | Purchase of a cashier's check in the amount of approximately $45,760 drawn on Regions Bank account ending in 6981 |
| 7 | July 14, 2022 | Purchase of a cashier's check in the amount of approximately $43,640 drawn on City National Bank account ending in 1803 |
| 8 | July 14, 2022 | Purchase of a cashier's check in the amount of approximately $47,000 drawn on City National Bank account ending in 1803 |
| 9 | August 12, 2022 | Purchase of a cashier's check in the amount of approximately $88,000 drawn on Truist Bank account ending in 1094 |
| 10 | November 16, 2022 | Wire transfer of approximately $88,000 from City National Bank account ending in 1803 to Bank of America account ending in 2675 |

In violation of Title 18, United States Code, Sections 1956(a)(3)(B) and 2.

It is further alleged that the specified unlawful activity was represented to be importing, distributing, selling and otherwise dealing in a controlled substance, punishable under the laws of the United States and Colombia.

## COUNTS 11-15
### Money Laundering
### (18 U.S.C. § 1956(a)(3)(B))

On or about the dates set forth below as to each count below, in Miami-Dade and Broward Counties, in the Southern District of Florida and elsewhere, the defendants,

**OTHONIEL GOMEZ and**
**JESUS JAVIER DIAZ,**

did knowingly conduct a financial transaction affecting interstate and foreign commerce involving property, that is, funds and monetary instruments, including United States currency, represented by an individual acting at the direction of, and with the approval of, an authorized Federal official, to be proceeds of specified unlawful activity, with the intent to conceal and disguise the nature, location, source, ownership, and control of property believed to be the proceeds of said specified unlawful activity:

| Count | Approximate Date | Description of Financial Transaction |
|---|---|---|
| 11 | December 16, 2022 | A wire transfer in the approximate amount of $46,500 from a Bank of America account ending in 6422 |
| 12 | December 19, 2022 | A wire transfer in the approximate amount of $43,500 from a J.P. Morgan Chase account ending in 2392 |

| Count | Approximate Date | Description of Financial Transaction |
|---|---|---|
| 13 | January 13, 2023 | A wire transfer in the approximate amount of $30,000 from a Wells Fargo bank account ending in 5581 |
| 14 | January 13, 2023 | A wire transfer in the approximate amount of $30,000 from a Truist Bank account ending in 1094 |
| 15 | January 13, 2023 | A wire transfer in the approximate amount of $30,000 from a Regions Bank account ending in 3341 |

In violation of Title 18, United States Code, Sections 1956(a)(3)(B) and 2.

It is further alleged that the specified unlawful activity was represented to be importing, distributing, selling and otherwise dealing in a controlled substance, punishable under the laws of the United States and Colombia.

## COUNTS 16-18
### Money Laundering
### (18 U.S.C. § 1956(a)(3)(B))

On or about the dates set forth below as to each count below, in Miami-Dade and Broward Counties, in the Southern District of Florida and elsewhere, the defendants,

**CARLOS ALBERTO MORILLA and**
**JESUS JAVIER DIAZ,**

did knowingly conduct a financial transaction affecting interstate and foreign commerce involving property, that is, funds and monetary instruments, including United States currency, represented by an individual acting at the direction of, and with the approval of, an authorized Federal official, to be proceeds of specified unlawful activity, with the intent to conceal and disguise the nature, location, source, ownership, and control of property believed to be the proceeds of said specified unlawful activity:

5

| Count | Approximate Date | Description of Financial Transaction |
|---|---|---|
| 16 | March 17, 2023 | A wire transfer in the approximate amount of $188,000 from a Wells Fargo Bank account ending in 4082 to a Wells Fargo bank account |
| 17 | March 29, 2023 | A wire transfer in the approximate amount of $135,000 from a Wells Fargo Bank account ending in 4082 to a TDC Limited LLC bank account |
| 18 | April 28, 2023 | A wire transfer in the approximate amount of $188,000 from a Wells Fargo Bank account ending in 4082 to a TDC Limited LLC bank account |

In violation of Title 18, United States Code, Sections 1956(a)(3)(B) and 2.

It is further alleged that the specified unlawful activity was represented to be importing, distributing, selling and otherwise dealing in a controlled substance, punishable under the laws of the United States and Colombia.

## FORFEITURE ALLEGATIONS

1.  The allegations of this Superseding Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendants, **JESUS JAVIER DAIZ, YUNIER CARDENAS CALERO, OTHONIEL GOMEZ,** and **CARLOS ALBERTO MORILLA** have an interest.

2.  Upon conviction of, or conspiracy to violate, Title 18, United States Code, Section 1956, as alleged in this Superseding Indictment, the defendants so convicted shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 982(a)(1), any property, real or personal, involved in such violation, and any property traceable to such property.

All pursuant to Title 18, United States Code, Section 982(a)(1) and the procedures outlined at Title 21, United States Code, Section 853, made applicable by Title 18, United States Code, Section 982(b).

A TRUE BILL

_____
FOREPERSON

_____
MARKENZY LAPOINTE
UNITED STATES ATTORNEY

_____
YARA DODIN
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO.: 23-CR-20153-MOORE(s)

v.

JESUS JAVIER DIAZ et. al,

_____/
Defendants.

**CERTIFICATE OF TRIAL ATTORNEY**

**Superseding Case Information:**
New Defendant(s) (Yes or No) Yes
Number of New Defendants 2
Total number of counts 18

**Court Division** (select one)
☒ Miami   ☐ Key West   ☐ FTP
☐ FTL    ☐ WPB

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. §3161.

3. Interpreter: (Yes or No) Yes
   List language and/or dialect: Spanish

4. This case will take 4-5 days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                    (Check only one)
   I   ☒ 0 to 5 days                   ☐ Petty
   II  ☐ 6 to 10 days                  ☐ Minor
   III ☐ 11 to 20 days                 ☐ Misdemeanor
   IV  ☐ 21 to 60 days                 ☒ Felony
   V   ☐ 61 days and over

6. Has this case been previously filed in this District Court? (Yes or No) Yes
   If yes, Judge Moore                 Case No. 23-CR-20153
7. Has a complaint been filed in this matter? (Yes or No) No
   If yes, Magistrate Case No. _____
8. Does this case relate to a previously filed matter in this District Court? (Yes or No) No
   If yes, Judge _____            Case No. _____
9. Defendant(s) in federal custody as of _____
10. Defendant(s) in state custody as of _____
11. Rule 20 from the _____ District of _____
12. Is this a potential death penalty case? (Yes or No) No
13. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) No
14. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss? (Yes or No) No
15. Did this matter involve the participation of or consultation with now Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No

By: _____
Yara Dodin
Assistant United States Attorney
FL Bar No. 0124979

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: JESUS JAVIER DIAZ

**Case No**: 23-CR-20153-MOORE(s)

Count #: 1

Conspiracy to Engage in Money Laundering

Title 18, United States Code, Sections 1956(h)

* Max. Term of Imprisonment: 20 years
* Mandatory Min. Term of Imprisonment (if applicable): N/A
* Max. Supervised Release: 3 years
* Max. Fine: $250,000

Counts #: 2-18

Money Laundering

Title 18, United States Code, Section 1956(a)(3)(B)

* Max. Term of Imprisonment: 20 years
* Mandatory Min. Term of Imprisonment (if applicable): N/A
* Max. Supervised Release: 3 years
* Max. Fine: $250,000

*Refers only to possible term of incarceration, supervised release and fines. It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: YUNIER CARDENAS CALERO

Case No: 23-CR-20153-MOORE(s)

Count #: 1

Conspiracy to Engage in Money Laundering

Title 18, United States Code, Sections 1956(h)

* **Max. Term of Imprisonment:** 20 years
* **Mandatory Min. Term of Imprisonment (if applicable):** N/A
* **Max. Supervised Release:** 3 years
* **Max. Fine:** $250,000

Counts #: 2-10

Money Laundering

Title 18, United States Code, Section 1956(a)(3)(B)

* **Max. Term of Imprisonment:** 20 years
* **Mandatory Min. Term of Imprisonment (if applicable):** N/A
* **Max. Supervised Release:** 3 years
* **Max. Fine:** $250,000

*Refers only to possible term of incarceration, supervised release and fines. It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** OTHONIEL GOMEZ

**Case No:** 23-CR-20153-MOORE(s)

Count #: 1

Conspiracy to Engage in Money Laundering

Title 18, United States Code, Sections 1956(h)

* Max. Term of Imprisonment: 20 years
* Mandatory Min. Term of Imprisonment (if applicable): N/A
* Max. Supervised Release: 3 years
* Max. Fine: $250,000

Counts #: 11-15

Money Laundering

Title 18, United States Code, Section 1956(a)(3)(B)

* Max. Term of Imprisonment: 20 years
* Mandatory Min. Term of Imprisonment (if applicable): N/A
* Max. Supervised Release: 3 years
* Max. Fine: $250,000

*Refers only to possible term of incarceration, supervised release and fines. It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: CARLOS ALBERTO MORILLA

**Case No**: 23-CR-20153-MOORE(s)

Count #: 1

Conspiracy to Engage in Money Laundering

Title 18, United States Code, Sections 1956(h)

* **Max. Term of Imprisonment:** 20 years
* **Mandatory Min. Term of Imprisonment (if applicable):** N/A
* **Max. Supervised Release:** 3 years
* **Max. Fine:** $250,000

Counts #: 16-18

Money Laundering

Title 18, United States Code, Section 1956(a)(3)(B)

* **Max. Term of Imprisonment:** 20 years
* **Mandatory Min. Term of Imprisonment (if applicable):** N/A
* **Max. Supervised Release:** 3 years
* **Max. Fine:** $250,000

*Refers only to possible term of incarceration, supervised release and fines. It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.