AO 243 (Rev. 09/17)

FILED BY___MC___D.C.

MAY 27 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

| United States District Court SOUTHERN | District OF FLORIDA |
|---|---|
| Name *(under which you were convicted)*: CARLOS-ALBERTO MORILLA | Docket or Case No.: 1.:23-CR-20153-KMM-(4) |
| Place of Confinement: OAKDALE F.C.I. 2 | Prisoner No.: 64924-510 |
| UNITED STATES OF AMERICA | Movant *(include name under which convicted)* |
| V. CARLOS ALBERTO-MORILLA | |

### MOTION

1. (a) Name and location of court which entered the judgment of conviction you are challenging:
UNITED STATES DICTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA


   (b) Criminal docket or case number (if you know): 1.:23-CR-20153-KMM-(4)

2. (a) Date of the judgment of conviction (if you know): FEBRUARY 22,2024

   (b) Date of sentencing: FEBRUARY 22,2024

3. Length of sentence: 57 months IMPRISONMENT WITH 2 YEARS SUPERVISED RELEASE.

4. Nature of crime (all counts): CONSPIRACY TO ENGAGE IN MONEY LAUNDERING IN VIOLATION OF 18 U.S.C.S. 1956(h).


5. (a) What was your plea? (Check one)
   (1) Not guilty ☐    (2) Guilty ☒    (3) Nolo contendere (no contest) ☐

6. (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, what did you plead guilty to and what did you plead not guilty to?


6. If you went to trial, what kind of trial did you have? (Check one)   Jury ☐   Judge only ☐

7. Did you testify at a pretrial hearing, trial, or post-trial hearing?   Yes ☐   No ☒

AO 243 (Rev. 09/17)

8. Did you appeal from the judgment of conviction?    Yes [X]    No [ ]

9. If you did appeal, answer the following:

(a) Name of court: UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT.

(b) Docket or case number (if you know): 24-10610

(c) Result: UNKNOWN

(d) Date of result (if you know): N/A

(e) Citation to the case (if you know): U.S.A V. CARLOS ALBERTO-MORILLA

(f) Grounds raised: 1).WHETHER THE DISTRICT COURT ERRED BY APPLYING A TWO LEVEL ENHANSMENT BECAUSE THE OFFENCE "INVOLVED SOPHISTICATED LAUNDERING".

2).WHETHER THE DISTRICT COURT ERRED BY DENYING MR. MORILLA REQUEST FOR A MINOR ROLE ADJUSTMENT.

3).WHETHER THE DISTRICT COURT ERRORS ARE HARMLESS.

(g) Did you file a petition for certiorari in the United States Supreme Court?    Yes [ ]    No [X]

If "Yes," answer the following:

(1) Docket or case number (if you know): _____

(2) Result: _____

(3) Date of result (if you know): _____

(4) Citation to the case (if you know): _____

(5) Grounds raised:

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications, concerning this judgment of conviction in any court?
Yes [ ]    No [X]

11. If your answer to Question 10 was "Yes," give the following information:

(a) (1) Name of court: _____

(2) Docket or case number (if you know): _____

(3) Date of filing (if you know): _____

AO 243 (Rev. 09/17)

(4)   Nature of the proceeding: _____

(5)   Grounds raised:



(6)   Did you receive a hearing where evidence was given on your motion, petition, or application?

     Yes ☐     No ☐

(7)   Result: _____

(8)   Date of result (if you know): _____

(b)   If you filed any second motion, petition, or application, give the same information:

(1)   Name of court: _____

(2)   Docket of case number (if you know): _____

(3)   Date of filing (if you know): _____

(4)   Nature of the proceeding: _____

(5)   Grounds raised:



(6)   Did you receive a hearing where evidence was given on your motion, petition, or application?

     Yes ☐     No ☐

(7)   Result: _____

(8)   Date of result (if you know): _____

(c)   Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?

(1)   First petition:     Yes ☐     No ☐

(2)   Second petition:     Yes ☐     No ☐

(d)   If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not:

AO 243 (Rev. 09/17)

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:**  COUNSEL FAILURE TO FILE-PRE-TRIAL MOTIONS UNDER FED.R.CRIM.P. 12(c) CHALLENGING THE INDICTMENT WAS PREJUDICIAL ERROR.

  (a)  Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

  COUNSEL LACK OF PREFFESSIONAL RESPONSABILITY TO FILE PRE-TRIAL MOTIONS MAY HAVE PREJUDICED THE DEFENSE ON VARIOUS KEY ELEMENTS WAS ERROR...(SEE MEMORANDUM)

  (b)  **Direct Appeal of Ground One:**

  (1)  If you appealed from the judgment of conviction, did you raise this issue?

  Yes ☐   No ☒

  (2)  If you did not raise this issue in your direct appeal, explain why:

  INEFFECTIVE ASSISTANCE OF COUNSEL TO FULLY DEVELOP THE RECORDS.

  (c)  **Post-Conviction Proceedings:**

  (1)  Did you raise this issue in any post-conviction motion, petition, or application?

  Yes ☐   No ☒

  (2)  If you answer to Question (c)(1) is "Yes," state:

  Type of motion or petition:

  Name and location of the court where the motion or petition was filed:

  Docket or case number (if you know):

  Date of the court's decision:

  Result (attach a copy of the court's opinion or order, if available):

  (3)  Did you receive a hearing on your motion, petition, or application?

  Yes ☐   No ☐

AO 243 (Rev. 09/17)

    (4)  Did you appeal from the denial of your motion, petition, or application?

        Yes ☐    No ☐

    (5)  If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

        Yes ☐    No ☐

    (6)  If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

    (7)  If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

**GROUND TWO:**  THE DISTRICT COURT PLAINLY ERRED BY ACCEPTING MOVANT GUILTY PLEA WITHOUT AN ADEQUATE FACTUAL BASIS.

    (a)  Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

        THE EVIDENCE CONCLUSIVELY SHOWS A CONSPIRACY WITH A GOVERTMENT AGENT WHO AIMS

        TO FRUSTRATE THE CONSPIRACY. THERE WAS "NO MEETING OF THE MINDS" (SEE MEMORANDUM).

    (b) **Direct Appeal of Ground Two:**

        (1)  If you appealed from the judgment of conviction, did you raise this issue?

            Yes ☐    No ☒

AO 243 (Rev. 09/17)

(2)  If you did not raise this issue in your direct appeal, explain why:
INEFFECTIVE ASSISTANCE OF COUSEL TO FULLY DEVELOP THE RECORD

(c)  **Post-Conviction Proceedings:**

(1)  Did you raise this issue in any post-conviction motion, petition, or application?
Yes ☐    No ☒

(2)  If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(3)  Did you receive a hearing on your motion, petition, or application?
Yes ☐    No ☐

(4)  Did you appeal from the denial of your motion, petition, or application?
Yes ☐    No ☐

(5)  If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
Yes ☐    No ☐

(6)  If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7)  If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

AO 243 (Rev. 09/17)

**GROUND THREE:**   THE EVIDENCE WAS INSUFFICIENT TO SUSTAIN THE MONEY LAUNDERING CONSPIRACY UNDER 18 U.S.C.S. 1956(h).

   (a) Supporting facts (Do not argue or cite law.  Just state the specific facts that support your claim.):

   (SEE MEMORANDUM)

   (b) **Direct Appeal of Ground Three:**

   (1)   If you appealed from the judgment of conviction, did you raise this issue?
   Yes ☐   No ☒

   (2)   If you did not raise this issue in your direct appeal, explain why:
   THE INEFFECTIVE ASSISTANCE OF COUNSEL TO FULLY DEVELOP THE RECORD ON THE ISSUE.

(c) **Post-Conviction Proceedings:**

   (1)   Did you raise this issue in any post-conviction motion, petition, or application?
   Yes ☐   No ☒

   (2)   If you answer to Question (c)(1) is "Yes," state:

   Type of motion or petition: _____

   Name and location of the court where the motion or petition was filed: _____

   Docket or case number (if you know): _____

   Date of the court's decision: _____

   Result (attach a copy of the court's opinion or order, if available): _____

   (3)   Did you receive a hearing on your motion, petition, or application?
   Yes ☐   No ☐

   (4)   Did you appeal from the denial of your motion, petition, or application?
   Yes ☐   No ☐

   (5)   If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
   Yes ☐   No ☐

AO 243 (Rev 09/17)

(6)   If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

_____

Docket or case number (if you know):    _____

Date of the court's decision:    _____

Result (attach a copy of the court's opinion or order, if available):

_____

(7)   If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

**GROUND FOUR:**   THE ACTIONS OF THE AGENT SANDOVAL MADE OUT A COMPLEX CASE OF ENTRAPMENT AND MULTIPLE CONSPIRACYS.

(a)  Supporting facts (Do not argue or cite law.  Just state the specific facts that support your claim.):
        (SEE MEMORANDUM)

(b)  **Direct Appeal of Ground Four:**

(1)   If you appealed from the judgment of conviction, did you raise this issue?
        Yes ☐      No ☒

(2)   If you did not raise this issue in your direct appeal, explain why:

(c)  **Post-Conviction Proceedings:**

(1)   Did you raise this issue in any post-conviction motion, petition, or application?
        Yes ☐      No ☒

(2)   If you answer to Question (c)(1) is "Yes," state:

AO 243 (Rev. 09/17)

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

_____

(3)   Did you receive a hearing on your motion, petition, or application?
      Yes ☐      No ☐

(4)   Did you appeal from the denial of your motion, petition, or application?
      Yes ☐      No ☐

(5)   If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
      Yes ☐      No ☐

(6)   If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

_____

(7)   If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

13.   Is there any ground in this motion that you have not previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them:

AO 243 (Rev. 09/17)

14. Do you have any motion, petition, or appeal now pending (filed and not decided yet) in any court for the you are challenging?     Yes ☐     No ☒

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At the preliminary hearing:
MAEANN   DUNKER

(b) At the arraignment and plea:
MAEANN   DURKER

(c) At the trial:

(d) At sentencing:
MAEANN   DURKEN

(e) On appeal:
MAEANN   DURKEN

(f) In any post-conviction proceeding:
MAEANN   DURKEN

(g) On appeal from any ruling against you in a post-conviction proceeding:

16. Were you sentenced on more than one court of an indictment, or on more than one indictment, in the same court and at the same time?     Yes ☐     No ☒

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?     Yes ☐     No ☒

(a) If so, give name and location of court that imposed the other sentence you will serve in the future:

(b) Give the date the other sentence was imposed:

(c) Give the length of the other sentence:

(d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?     Yes ☐     No ☐

AO 243 (Rev 09/17)

18.   TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.*

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:

A one-year period of limitation shall apply to a motion under this section. The limitation period shall run from the latest of –
(1)   the date on which the judgment of conviction became final;
(2)   the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;
(3)   the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
(4)   the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

AO 243 (Rev. 09/17)

Therefore, movant asks that the Court grant the following relief:

TO VACATE MOVANTS CONVICTION AND DISSMISS THE INDICTMENT.

or any other relief to which movant may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on  _MAY 21, 2025_____
(month, date, year)

Executed (signed) on _May 21, 2025_____ (date)

_____
Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion.



REG. N°: 64492-510
Oakdale F.C.I. 2
P.O. Box 5010
Oakdale, LA. 71463

9589 0710 5270 0345 6385 76

RDC 99

FCM LG ENV
OAKDALE, LA 71463
MAY 22, 2025

33128

$0.00

S2324A500902-99



TO: THE CLERK
U.S. DISTRICT COURT
400 NORTH MIAMI AVE., ROOM 8
MIAMI, FL. 33128



REC'D BY_____D.C.

MAY 27 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA - MIAMI